BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

**FILED**

OCT 16 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _ak_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-034 KJM |
| Plaintiff, | ) | |
| v. | ) | **SEALING ORDER** |
| JERRY WAYNE BAKER, | ) | **UNDER SEAL** |
| Defendant. | ) | |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Request to Seal Documents is **GRANTED**, the documents set forth in the Request to Seal Documents are hereby ordered sealed until further order of this Court; provided, however, that a redacted version of the documents shall be filed on the Court's public docket.

DATED: October 15, 2013

Hon. KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE